IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DEXTER L. SHARPER,<br><br>Defendant. | CRIMINAL ACTION FILE<br>NO. 1:26-CR-0038-MHC |

### ORDER

The change of plea in the above-styled case has been scheduled for **Wednesday, March 11, 2026, at 1:30 p.m.**, in Courtroom 1905, 19th Floor, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia.

It is also **ORDERED** that the additional time from January 30, 2026, through March 11, 2026, be excluded pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

**IT IS SO ORDERED and DIRECTED**, this the 10th day of February, 2026.

_____
MARK H. COHEN
United States District Judge